2 Ct

**ORIGINAL**

37

3/4/02

IN THE UNITED STATES DITRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHYLLIS McPARLAND and JAMES : 
PICKING, individually and on behalf of all : 
others similarly situated, : 

                     Plaintiffs, : 

KEYSTONE HEALTH PLAN : 
CENTRAL, INC., : 

                     Defendant. : 

CIVIL ACTION NO.
1:CV 00-0549
(Yvette Kane, Judge)

FILED

MAR 0 1 2002

PER
HARRISBURG, PA  DEPUTY CLERK

### Supplemental Documentation in Support of
### Plaintiffs' Bill of Attorneys Fees and Costs

I.    *Plaintiffs' Counsel's Billing Rates are In Line With*
      *Those for Class Action Counsel Litigating in this District*

In its order dated January 30, 2002, this Court directed plaintiffs' counsel to submit

additional documentation demonstrating that their rates are "in line with the rates for class action

counsel litigating in the Middle District of Pennsylvania," and to "establish that other firms

bringing class action suits in this District are compensated at similar rates." (Slip Op. at 5). As

the Court is probably aware, there have not been a large number of reported class actions in this

District. However, plaintiffs have identified those that have been reported, as well as the firms

that have handled them. The cites to these cases, and the class action firms that represented the

plaintiffs, are set forth in the footnotes to this memorandum.

In Exhibit A plaintiffs have included charts setting forth the rates that such firms charge.

These charts are taken from the Audit Report and Affidavit of Alan Winikur, dated December

31, 2001 in <u>In Re Diet Drugs Products Liability Litig.</u>, MDL Docket No. 1203 (E.D.Pa.).[1]   Mr.

Winikur was appointed by U.S. District Judge Louis Bechtle to serve as the fee auditor for the

<u>Diet Drugs</u> class actions.[2]   In addition, plaintiffs have obtained the Declarations of members of

these firms, demonstrating that the rates set forth in these charts are the hourly rates that these

firms charge regardless of the jurisdictions in which they litigate their cases, including the

Middle District of Pennsylvania. <u>See</u> Declarations of Arnold Levin, Joseph C. Kohn, Michael D.

Hausfeld, Bret P. Flaherty, and Dianne M. Nast.  (Exhibit B).[3]   These Declarations demonstrate

that plaintiffs' counsel's rates in this case are in line with those of other class action counsel

practicing in this District. "The burden may be satisfied by the submission of affidavits of

---

[1]      Due to the voluminous nature of Mr. Winikur's Audit Report and Affidavit, plaintiffs' counsel has not submitted the entire report.  Should the Court wish to examine the entire report, however, counsel will gladly furnish it.

[2]      Plaintiffs' counsel in this case, Chimicles & Tikellis LLP, is among the plaintiffs' counsel in <u>Diet Drugs</u>.  Plaintiffs' counsel's rates requested in that case are higher than those that counsel is requesting in this case. Since the time the remand motions were briefed and argued in 2000, counsel's hourly rates have increased.  Plaintiffs' have included within Exhibit A information on Chimicles & Tikellis's current rates.  However, counsel is requesting fees based on the rates it charged when the remand motions were litigated, not based on the firm's current rates, even though case law permits the application current rates when there is a delay between litigation and payment of fees. <u>See</u> <u>Missouri v. Jenkins</u>, 491 U.S. 274, 282 (1989) ("In setting fees for prevailing counsel, the courts have regularly recognized the delay factor, either by basing the award on current rates or by adjusting the fee based on historical rates to reflect its present value.") (citing <u>Pennsylvania v. Del. Valley Citizens' Council</u>, 483 U.S. 711, 716 (1987)).  <u>See also</u> <u>Lanni v. State of New Jersey</u>, 259 F.3d 146, 149 (3d Cir. 2001) ("When attorney's fees are awarded, the current market rate must be used."); <u>Keenan v. Philadelphia</u>, 983 F.2d 459, 476 (3d Cir. 1992) (citing <u>Blum v. Witco Chem. Co.</u>, 888 F.2d 975, 984 (3d Cir. 1989) (noting that the Third Circuit has followed this approach); <u>Welch v. Wildwood Golf Club</u>, 904 F. Supp. 438, 441 (W.D. Pa. 1995) ("Attorneys may be compensated at their current rates, rather than historical rates, in recognition of the delay in payment between when work was performed and fees paid.").

[3]      As with the other plaintiffs' firms that have litigated class actions in the Middle District of Pennsylvania (<u>see infra</u>) plaintiffs' counsel here charge the same rates no matter where they litigate.

attorneys with personal knowledge of the hourly rates customarily charged in the relevant market." Becker v. Arco Chem. Co., 15 F. Supp.2d 621, 628 (E.D.Pa. 1998) (citing Washington v. Phila. Court of Common Pleas, 89 F.3d 1031, 1036 (3d Cir. 1996)).

A comparison of the rates charged by plaintiffs' counsel in this case shows that plaintiffs' counsel's rates are in line with, and in many instances are lower than, the rates charged by comparable counsel for litigating class actions in this District.[4] Michael Gottsch is a 1983 law school graduate, and a partner in the firm. The hourly rate at which he seeks to be compensated, $340 per hour,[5] is *lower* than the current rates of other attorneys with similar experience who have litigated class actions in this District. For example, Laurence Delvecchio of Roda & Nast[6] graduated in 1981 and charges $375 per hour. (Exhibit A). Joseph Kohn of Kohn, Swift & Graf[7] is a 1982 law school graduate and bills $410 per hour. (Id.). Joseph Sellers of Cohen Milstein[8] graduated in 1979 and has an hourly rate of $380. (Id.). Even Mr. Gottsch's current

---

[4]  For convenience of comparison, plaintiffs' counsel has prepared a chart (Exhibit C) setting forth the identities, law school graduation years, and hourly rates of the lawyers from the other class action firms who appear to be the most comparable to the Chimicles & Tikellis lawyers who worked on the remand motions in this case.

[5]  Mr. Gottsch's current rate is $375 per hour.

[6]  Roda & Nast is located in Lancaster and, to the knowledge of plaintiffs' counsel, is the only central Pennsylvania firm that has a regular and significant class action practice. Although plaintiffs have not identified any class actions in this District with Roda & Nast, given the firm's close proximity to this District, plaintiffs are providing the Declaration of Dianne M. Nast.

[7]  Kohn Swift & Graf has served as plaintiffs' class counsel in Yi v. Reno, 852 F. Supp. 316 (M.D.Pa. 1994).

[8]  Cohen Milstein represented the plaintiffs in a class action titled Reilly v. Gould, Inc., 965 F. Supp. 588 (M.D.Pa. 1997).

rate of $375 is "in line" with those of "class action counsel litigating in the Middle District of Pennsylvania." (Slip. Op. at 5).

Pamela Zetterberg, a 1996 graduate, seeks compensation at an hourly rate of $200.[9]  The hourly fees for attorneys litigating in this District with her level of experience range from $190 to $265.  Therefore, her rate is reasonable and is well in line with comparable practitioners litigating class actions in this District.  Michelle Eagan of Roda & Nast graduated in the same year, and has an hourly billing rates of $220.  Exhibit A.   Austin Cohen of Levin Fishbein also graduated in 1996 and bills $265 per hour.  (Id.).  A. Fryszman of Cohen Milstein is another 1996 graduate, and has an hourly rate of $205.

Kimberly Donaldson, a 1999 law school graduate, seeks compensation at an hourly rate of $180.[10]  Her rate is also in line with the rates charged by attorneys of comparable experience.  Shanon Carson of Berger & Montague[11]  graduated a year after Ms. Donaldson and bills $190 per hour.  (Exhibit A).  Greer Anderson of Roda & Nast is a 2000 graduate and bills $190 per hour.  (Id.).

Finally, compensation at the hourly rate of $405 for Denise Schwartzman, a 1969 law school graduate, is reasonable.[12]  Ms. Schwartzman also has a 1989 L.L.M.  Michael Hausfeld of Cohen Milstein graduated the same year and bills $495 per hour.  Exhibit A.   Russell Henkin of

---

[9]     Mrs. Zetterberg's current rate is $230 per hour.

[10]    Ms. Donaldson's current rate is $210.

[11]    Berger & Montague represented the plaintiff class in In re TMI Litig., 927 F. Supp. 834 (M.D.Pa. 1996) and In re Anthracite Coal Antitrust Litig., 87 F.R.D. 555 (1980).

[12]    Mrs. Schwartzman's current rate is $415 per hour.

Berger Montague graduated three years after Ms. Schwartzman and has an hourly rate of $450. (Id.). Arnold Levin of Levin Fishbein[13] (1964) bills $520 per hour. (Id.). The range of these hourly rates is from $450- $520. Ms. Schwartzman's $405 per hour rate is *lower* than attorneys with comparable experience, and she is therefore "compensated at similar rates." (Slip. Op. at 5).

As demonstrated by the attached Declarations, exhibits and above discussion, plaintiffs' counsel's fees are in line with those of other attorneys practicing class action litigation in this District. Their fees incurred in opposing defendant's removal of this case (as modified by this Court's order) should be granted at their normal hourly rates.


II.     *Plaintiffs' Counsel Should be Awarded their Costs*
        *Incurred in Opposing Defendant's Removal of this Action*

This Court required that plaintiffs supplement their filing of costs incurred with a more detailed itemization, including "dates and a reasonable basis justifying the expenditures in this case. (Slip. Op. at 5). Attached as Exhibit D is the original bill of costs, as well as a detailed itemization, including dates.

Filing fees: these expenditures were necessary to file a remand motion to oppose defendant's removal of this action.

LEXIS charges: these fees were incurred in researching remand issues, researching caselaw in this District and Circuit, and for shepardizing cases cited in briefs.

---

[13]    Levin Fishbein represented the class in Reilly v. Gould, Inc., 965 F. Supp. 588 (M.D.Pa. 1997) and In re TMI Litig., 927 F. Supp. 834 (M.D.Pa. 1996).

Messenger/Courier:  these fees were incurred by overnight-mail (Federal Express, UPS), services used in delivering briefs and correspondence to the Court, defense counsel, and co-counsel.

Photocopying- Outside:  $58.05 was incurred in using Pennsylvania Instant Case ("PIC") services- a company that supplies copies of unpublished opinions.  $10.83 was incurred in reimbursing co-counsel for photocopying expenses.

Postage:  these expenses were incurred in mailing briefs and correspondence to the Court, defense counsel, and co-counsel via regular mail.

Telephone:  these expenditures resulted from calls made to the Clerk of this Court, defense counsel, and co-counsel.

III.    *Conclusion*

For the foregoing reasons, plaintiffs' counsel should 1) be awarded fees at their normal hourly rates, and 2) be awarded their full expenses incurred in seeking remand on this case.

Dated: February 28, 2002                   Respectfully submitted,

                                           CHIMICLES & TIKELLIS LLP


                                    By:    _____
                                           Michael D. Gottsch
                                           Pamela N. Zetterberg
                                           Kimberly M. Donaldson
                                           Denise Davis Schwartzman
                                           361 West Lancaster Avenue
                                           One Haverford Centre
                                           Haverford, PA 19041
                                           (610) 642-8500


                                           ATTORNEYS FOR PLAINTIFFS
                                           AND THE CLASS

### *CERTIFICATE OF SERVICE*

I, Pamela N. Zetterberg , hereby certify that I have on this 28th day of February, 2002, caused the foregoing to be served on the following counsel, via overnight delivery:

>Carleton O. Strouss, Esquire
>Patricia C. Shea, Esquire
>KIRKPATRICK & LOCKHART LLP
>240 North Third Street
>Harrisburg, PA 17101

Pamela N. Zetterberg

CT-0000222

A

**DIET DRUGS PRODUCTS LIABILITY LITIGATION - MDL 1203**
**COMMON BENEFIT TIME SUMMARY SHEET**

REPORTING FIRM: **LEVIN FISHBEIN SEDRAN & BERMAN**

QUARTER/PERIOD: 10.31.01

1  Preparing pleadings, motions, supporting briefs, legal research
2  Preparing and responding to written discovery requests
3  Taking & defending depositions, including preparation
4  Inspection of documents
5  Factual investigation
6  Technical research and consultation with experts
7  Preparation for court appearance and trial
8  Court appearance and trial
9  MDL/Mgt Comm. and liaison meetings and activities
10  Settlement
11  Settlement Administration

| ATTORNEY | 10 | CURRENT TOTAL HOURS | CURRENT HOURLY RATE | CURRENT LODESTAR | CUMUL. HOURS | CUMUL. LODESTAR | pool |
|---|---|---|---|---|---|---|---|
| A LEVIN | 72.00 | 72.00 | $520.00 | $37,440.00 | 6,550.25 | $3,409,250.00 | $3,409,250.00 |
| M FISHBEIN | 209.00 | 209.00 | $510.00 | $106,590.00 | 7,754.50 | $3,954,795.00 | $3,954,795.00 |
| L BERMAN | 156.50 | 156.50 | $475.00 | $74,337.50 | 5,923.25 | $2,816,393.75 | $2,816,393.75 |
| F LONGER | 48.75 | 48.75 | $410.00 | $19,987.50 | 2,758.75 | $1,130,287.50 | $1,130,287.50 |
| C GINSBURG | | 0.00 | $340.00 | $0.00 | 1,062.75 | $361,675.00 | $361,675.00 |
| J SHUB | | 0.00 | $290.00 | $0.00 | 8.50 | $1,095.00 | $1,095.00 |
| C BILLE | | 0.00 | $335.00 | $0.00 | 31.00 | $10,385.00 | $10,385.00 |
| D HAVILAND | | 0.00 | $325.00 | $0.00 | 23.25 | $6,137.50 | $6,137.50 |
| T TRINDETO | | 0.00 | $350.00 | $0.00 | 2.75 | $893.75 | $893.75 |
| S LEVENSTEIN | | 0.00 | $375.00 | $0.00 | 124.00 | $34,100.00 | $34,100.00 |
| D LEVIN | | 0.00 | $250.00 | $0.00 | 859.75 | $214,937.50 | $214,937.50 |
| G LINTZ | | 0.00 | $275.00 | $0.00 | 568.00 | $156,200.00 | $156,200.00 |
| A COHEN | | 0.00 | $250.00 | $0.00 | 483.00 | $120,750.00 | $120,750.00 |
| A QUINN | | 0.00 | $250.00 | $0.00 | 2.50 | $602.50 | $602.50 |
| C SCHAFFER | | 0.00 | $325.00 | $0.00 | 28.75 | $9,343.75 | $9,343.75 |
| S DUGGAN | | 0.00 | $175.00 | $0.00 | 2.50 | | |
| T SMITH | 99.50 | 99.50 | $425.00 | $42,287.50 | 1,223.75 | $520,093.75 | $520,093.75 |
| D MCLAFFERTY | 146.00 | 146.00 | $375.00 | $54,750.00 | 4,143.00 | $1,559,625.00 | $1,559,625.00 |
| R HAIKEN | 265.00 | 265.00 | $375.00 | $99,250.00 | 4,091.00 | $1,746,050.00 | $1,746,050.00 |
| J DAVIS | 230.00 | 230.00 | $150.00 | $35,100.00 | 2,194.00 | $329,100.00 | $329,100.00 |
| L PEPPER | 232.50 | 232.50 | $150.00 | $34,875.00 | 1,847.00 | $292,050.00 | $292,050.00 |
| J BROKEN | 249.50 | 249.50 | $150.00 | $37,425.00 | 1,908.50 | $206,275.00 | $292,050.00 |
| J GREITZNER | 224.50 | 224.50 | $150.00 | $33,675.00 | 1,823.50 | $273,525.00 | $273,525.00 |
| J SHOPP | | 0.00 | $150.00 | $0.00 | 187.25 | $25,087.50 | $75,087.50 |
| R LMPIERRE | | 0.00 | $175.00 | $0.00 | 2.25 | $343.75 | $75,087.50 |
| | | | | | | $315,437.50 | $315,437.50 |
| **PARALEGAL** | | | | | | | |
| D MURPHY | 1,931.25 | 0.00 | $110.00 | $0.00 | 120.75 | $13,282.50 | $13,282.50 |
| K LONGACRE | | 0.00 | $110.00 | $0.00 | 41.00 | $4,510.00 | $4,510.00 |
| M HUTSON | 3.00 | 3.00 | $110.00 | $330.00 | 28.25 | $3,107.50 | $3,107.50 |
| M LORD | | 0.00 | $110.00 | $0.00 | 20.00 | $2,200.00 | $2,200.00 |
| K SPURNA | 104.50 | 104.50 | $110.00 | $11,495.00 | 2,459.75 | $270,242.50 | $270,242.50 |
| D DIENNER | | 0.00 | $110.00 | $0.00 | 23.00 | $2,530.00 | $2,530.00 |
| C HESSON | | 0.00 | $110.00 | $0.00 | 1,669.75 | $183,672.50 | $183,672.50 |
| L FITZPATRICK | 125.00 | 125.00 | $110.00 | $13,750.00 | 116.75 | $12,842.50 | $12,842.50 |
| E GABOR | | 0.00 | $110.00 | $0.00 | 77.00 | $8,470.00 | $8,470.00 |
| K DEROSA | | 0.00 | $110.00 | $0.00 | 2.00 | $220.00 | $220.00 |
| P NUGENT | | 0.00 | $110.00 | $0.00 | 2.00 | $220.00 | $220.00 |
| T MCMULLEN | | 0.00 | $110.00 | $0.00 | 18.00 | $1,980.00 | $1,980.00 |
| B SPROEHNLE | | 0.00 | $110.00 | $0.00 | 2.50 | $275.00 | $275.00 |
| L MISKELL | | 0.00 | $50.00 | $0.00 | 12.50 | $625.00 | $625.00 |
| J SANBORN | | 0.00 | $50.00 | $0.00 | 18.50 | $925.00 | $925.00 |
| N GIORDANO | | 0.00 | $50.00 | $0.00 | 31.00 | $1,550.00 | $1,550.00 |
| M JOYAVE | | 0.00 | $50.00 | $0.00 | 37.00 | $1,850.00 | $1,850.00 |
| M SWIFT | | 0.00 | $50.00 | $0.00 | 52.00 | $2,600.00 | $2,600.00 |
| A SWEENEY | 5.00 | 5.00 | $50.00 | $550.00 | 5.00 | $550.00 | $550.00 |
| **TOTALS** | 2,168.75 | 237.50 | | $592,442.50 | 20,125.00 / 4,733.75 | $18,094,218.25 / 511,652.50 | $18,094,218.25 / 511,652.50 |

CT-0000220

**ATTORNEY HOURLY BILLED TOTALS**
**SUMMARY TOTALS FOR ALL ACTIONS THROUGH APRIL 30, 2001**
**FOR KOHN, SWIFT & GRAF, P.C.**

| Attorney | Current Hourly Rate | QE 9/30/97 | QE 12/31/97 | QE 3/31/98 | QE 6/30/98 | QE 9/30/98 | QE 12/31/98 | QE 3/31/99 | QE 6/30/99 | QE 9/30/99 | QE 12/31/99 | QE 3/31/00 | QE 6/30/00 | QE 3/31/01 | April 2001 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph C. Kohn | 410 | 1,112.00 | | 27,839.00 | 11,027.00 | 12,421.00 | 4,592.00 | 4,428.00 | 26,322.00 | 9,102.00 | 4,756.00 | 8,282.00 | 820.00 | | | 140,999.00 |
| Denis F. Sheils | 275 | 1,312.50 | 10,120.00 | 54,953.50 | -4,180.00 | 2,145.00 | 117.50 | 117.50 | 117.50 | 117.50 | | | | | | 51,047.50 |
| Craig W. Hillwig | 225 | | | | 31.50 | | | | | 22.50 | | | | | | 22.50 |
| Douglas A. Abrahams | 115 | | 61.00 | 61.00 | 61.00 | | | | | | | | | | | 22.50 |
| William E. Hoese | 125 | | 48,492.50 | 29,717.50 | 50,830.00 | 5,720.00 | 1,780.00 | 346.50 | | | | | 487.50 | | | 567.00 |
| Martin J. D'Urso | 125 | 162.50 | 11,520.00 | 17,175.00 | 20,800.00 | 26,097.50 | 812.50 | 17,192.50 | 10,692.50 | 2,112.50 | 3,864.50 | 15,697.50 | | | | 217,315.00 |
| Steven M. Steingard | 125 | | | 4,550.00 | 1,787.50 | 10,107.50 | 60,547.50 | 124,117.50 | 5,047.50 | 8,290.00 | 2,047.50 | | | | | 116,290.00 |
| Robert D. Greenbaum | 260 | | 8,216.00 | 52.00 | | | | | | | | | | | | 6,337.50 |
| David G. Concannon | 200 | -400.00 | 2,680.00 | -400.00 | | | | | | | | | | | | 8,788.00 |
| J. Ben M. Katz | 285 | | | | | | | | 28,560.00 | | | | | | | 11,840.00 |
| Michael J. Boni | 125 | 1,112.50 | 8,190.00 | | | | | | | | | | | | 16,872.00 | 18,725.50 |
| Paralegal | | | | | | | | | | | | | | | 1,453.50 | 9,522.50 |
| Annie M. Schwartz | 95 | | | | | | | 2,470.00 | | 47.50 | | | | | | 2,517.50 |
| Daya Kelson | 100 | | | | | | | | | 2,140.00 | | | | | | 2,140.00 |
| Eric Hale | 95 | 598.50 | 1,710.00 | -6,344.50 | -4,579.00 | | | | | | | | | | | 13,699.00 |
| Hugh Dillon | 105 | 493.50 | 189.00 | 71.50 | 570.00 | 273.00 | 1,680.00 | 6,300.00 | 840.00 | 104.50 | 409.00 | | | | | 12,421.50 |
| Jennifer Neumann Munn | 105 | | 105.00 | | | | | | 4,452.00 | 21.00 | | | 388.50 | | | 4,861.50 |
| Margaret Cooley | 100 | | | 80.00 | 60.00 | 3,400.00 | | | | | | | | | | 4,280.00 |
| W. Eric Mart | 100 | | 517.00 | | 55.00 | | 242.00 | | 22.00 | | | | | | | 1,485.00 |
| TOTAL | 110 | 16,846.50 | 124,516.50 | 136,814.00 | 83,102.00 | 98,786.00 | 11,535.00 | 20,923.50 | 142,124.50 | 141,573.50 | 12,210.50 | 21,464.00 | 18,596.00 | | 2,329.50 | 24,249.50 | 864,459.00 |

T-0000194

**DIET DRUG PRODUCTS LIABILITY LITIGATION - MDL 1203**
**COMMON BENEFIT TIME SUMMARY SHEET**

QUARTER PERIOD   3/31/01

REPORTING FIRM: COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.

1  Preparing pleadings, motions, supporting briefs, legal research
2  Preparing and responding to written discovery requests
3  Taking & defending depositions, including preparation
4  Inspection of documents
5  Factual Investigation
6  Technical research and consultation with experts
7  Preparation for court appearance and trial
8  Court appearance and trial
9  MDL/Mpl Comm. and Liaison meetings and activities
10 Settlement
11 Settlement Administration

| ATTORNEY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | CURRENT TOTAL HOURS | HOURLY RATE | CURRENT QTR LODESTAR | CUMUL HOURS | CUMUL LODESTAR | PROOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M HAUSFELD | | | | | | | | | | | 0.00 | $495.00 | $0.00 | 589.50 | $291,802.50 | $291,802.50 |
| S TOLL | | | | | | | | | | | 0.00 | $480.00 | $0.00 | 5.50 | $2,640.00 | $2,640.00 |
| M FARRELL | | | | | | | | | | | 0.00 | $460.00 | $0.00 | 1,033.00 | $413,200.00 | $413,200.00 |
| J SELLERS | | | | | | | | | | | 0.00 | $400.00 | $0.00 | 0.75 | $285.00 | $285.00 |
| R LEWIS | | | | | 5.00 | | | | | | 5.00 | $350.00 | $1,750.00 | 2,191.00 | $766,850.00 | $766,850.00 |
| D SMALL | | | | | | | | | | | 0.00 | $340.00 | $0.00 | 0.75 | $255.00 | $255.00 |
| G MASON | | | | | | | | | | | 0.00 | $325.00 | $0.00 | 318.50 | $103,512.50 | $103,512.50 |
| J GREENBAUM | | | | | | | | | | | 0.00 | $350.00 | $0.00 | 56.25 | $19,687.50 | $19,687.50 |
| A BARNETT | | | | | | | 0.50 | | | | 0.50 | $255.00 | $127.50 | 2,740.25 | $698,763.75 | $698,763.75 |
| M IDE | | | | | | | | | | | 0.00 | $245.00 | $0.00 | 1.25 | $306.25 | $306.25 |
| J EAVES | | | | | | | | | | | 0.00 | $175.00 | $0.00 | 1.00 | $175.00 | $175.00 |
| A FRYSZMAN | | | | | | | | | | | 0.00 | $205.00 | $0.00 | 127.25 | $20,008.25 | $20,008.25 |
| M PERRY | | | | | | | | | | | 0.00 | $140.00 | $0.00 | 53.25 | $7,455.00 | $7,455.00 |
| J BERRY | | | | | | | | | | | 0.00 | $135.00 | $0.00 | 82.25 | $11,103.75 | $11,103.75 |
| S WARD | | | | | | | | | | | 0.00 | $135.00 | $0.00 | 167.50 | $22,612.50 | $22,612.50 |
| D HALE | | | | | | | | | | | 0.00 | $115.00 | $0.00 | 4.50 | $517.50 | $517.50 |
| J DEVORE | | | | | | | | | | | 0.00 | $160.00 | $0.00 | 0.25 | $41.25 | $41.25 |
| ATTORNEY NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| ATTORNEY NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| ATTORNEY NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| ATTORNEY NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| | | | | | 5.00 | | 0.50 | | | | 5.50 | | $1,877.50 | 7,312.75 | $2,365,203.75 | $2,365,203.75 |

| PARALEGAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | CURRENT TOTAL HOURS | HOURLY RATE | CURRENT QTR LODESTAR | CUMUL HOURS | CUMUL LODESTAR | PROOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B J PRATT | | | | | | | | | | | 0.00 | $130.00 | $0.00 | 503.50 | $95,455.00 | $95,455.00 |
| G REGINA | | | | | | | | | | | 0.00 | $130.00 | $0.00 | 115.50 | $15,015.00 | $15,015.00 |
| M DICOCCO | | | | | | | | | 9.50 | | 9.50 | $130.00 | $1,235.00 | 805.00 | $108,200.00 | $108,200.00 |
| J CARKEEK | | | | | | | | | | | 0.00 | $120.00 | $0.00 | 168.25 | $18,825.00 | $18,825.00 |
| J BURNACK | | | | | | | | | | | 0.00 | $105.00 | $0.00 | 276.25 | $29,008.25 | $29,008.25 |
| R SMITS | | | | | | | | | | | 0.00 | $105.00 | $0.00 | 168.25 | $18,825.00 | $18,825.00 |
| G MCCANTS | | | | | | | | | | | 0.00 | $120.00 | $0.00 | 22.00 | $2,640.00 | $2,640.00 |
| C VAUGHN | | | | | | | | | | | 0.00 | $115.00 | $0.00 | 1.00 | $115.00 | $115.00 |
| T KIRBY | | | | | | | | | | | 0.00 | $115.00 | $0.00 | 10.00 | $1,150.00 | $1,150.00 |
| PARALEGAL NAME | | | | | | | | | | | 0.00 | $75.00 | $0.00 | 7.50 | $562.50 | $562.50 |
| PARALEGAL NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| PARALEGAL NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| PARALEGAL NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| PARALEGAL NAME | | | | | | | | | | | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| | | | | | | | | | 9.50 | | 9.50 | | $1,235.00 | 1,989.00 | $236,068.75 | $236,068.75 |
| **TOTALS** | | | | | 5.00 | | 0.50 | | 9.50 | | 15.00 | | 3,112.50 | 9,391.75 | 2,602,282.50 | $236,068.75 |

CT-0000182

# DIET DRUGS PRODUCTS LIABILITY LITIGATION - MDL 1203
## COMMON BENEFIT TIME SUMMARY SHEET

**REPORTING FIRM:** BERGER & MONTAGUE - NJ8/PA  

**PERIOD:** 3.31.01

1. Preparing pleadings, motions, supporting briefs, legal research
2. Preparing and responding to written discovery requests
3. Taking & defending depositions, including preparation
4. Inspection of documents.
5. Factual investigation
6. Technical research and consultation with experts
7. Preparation for court appearance and trial
8. Court appearance and trial
9. MDL/Mgt Comm. and Liaison meetings and activities
10. Settlement
11. Settlement Administration

| ATTORNEY | PA | [H] | CURRENT TOTAL HOURS | HOURLY RATE | CUMUL. TOGETHER |
|---|---|---|---|---|---|
| J. AU RBACH | 1,173.00 | 2,459.62 | 3,632.82 | $300.00 | $1,089,456.00 |
| D. BERGER | 3.20 | 1.00 | 4.20 | $520.00 | $2,184.00 |
| DAN BERGER | 13.62 | 0.00 | 13.62 | $520.00 | $6,673.80 |
| H. BERGER | 46.13 | 0.00 | 46.13 | $520.00 | $23,987.60 |
| G. CANTOR | 0.30 | 0.50 | 0.80 | $471.00 | $376.80 |
| S. CARLSON | 0.00 | 21.40 | 21.40 | $190.00 | $4,066.00 |
| E. CRAMER | 23.90 | 0.00 | 23.90 | $300.00 | $7,170.00 |
| M. DAVIDOFF | 0.50 | 0.00 | 0.50 | $520.00 | $260.00 |
| B. FLAHERTY | 37.00 | 159.70 | 196.70 | $520.00 | $54,092.50 |
| R. HELIKIN | 0.50 | 0.50 | 0.50 | $275.00 | $7,170.00 |
| S. LEVIN | 500.10 | 360.40 | 880.50 | $450.00 | $396,225.00 |
| S. SAVETT | 52.80 | 4.00 | 57.60 | $520.00 | $17,280.00 |
| J. STILFEL | 3.00 | 1.00 | 4.00 | $520.00 | $2,080.00 |
| S. WOLF | 21.70 | 1.00 | 21.70 | $450.00 | $9,765.00 |
| K. ZYLSTRA | 0.00 | 1.00 | 1.00 | $520.00 | $520.00 |
| | 11.70 | 369.00 | 381.50 | $720.00 | $43,930.00 |

**SUB TOTAL:** 1,886.95 | 3,399.42 | 5,286.37 | $6,046.00 | $1,698,456.70

| PARALEGAL | PA | [H] | CURRENT TOTAL HOURS | HOURLY RATE | CUMUL. TOGETHER |
|---|---|---|---|---|---|
| E. DELVAILE | 0/0 | 11.00 | 11.00 | $130.00 | $1,521.00 |
| B. DONGLAS | 29.90 | 71.50 | 101.40 | $130.00 | $13,182.00 |
| B. FLUIERT | 470.95 | 1,597.65 | 2,068.70 | $130.00 | $268,931.00 |
| P. FOWLER | 9.40 | 0.00 | 9.40 | $130.00 | $1,222.00 |
| B. MCGUIGAN | 7.00 | 0.00 | 82.00 | $130.00 | $10,660.00 |
| D. POTTS | 3.00 | 0.00 | 3.00 | $130.00 | $494.00 |
| D. SKLMA | 0.50 | 0.00 | 0.50 | $130.00 | $95.00 |
| M. STEIN | 252.50 | 106.00 | 438.50 | $130.00 | $57,005.00 |
| S. TYSON | 15.10 | 0.00 | 15.10 | $130.00 | $1,963.00 |
| L. WILLIAMS | 7.50 | 7.50 | 15.10 | $130.00 | $1,950.00 |

**SUB TOTAL:** 707.25 | 1,948.85 | 2,746.10 | $1,300.00 | $356,993.00

**TOTAL:** 8,032.47 | $7,346.00 | $2,055,449.70

**LESS DISALLOWED TIME & LODESTAR:** -2,596.94 | -736,887.65

**TOTAL:** 5,435.53 | 1,318,562.05

CT-0000241

**DIET DRUG PRODUCTS LIABILITY LITIGATION - MDL 1203**
**COMMON BENEFIT TIME SUMMARY SHEET**

REPORTING FIRM   RODA & NAST, P.C.

QUARTER PERIOD   6.30.01

1  Preparing pleadings, motions, supporting briefs legal research
2  Preparing and responding to written discovery requests
3  Taking & defending depositions, including preparation
4  Inspection of documents
5  Factual investigation
6  Technical research and consultation with experts
7  Preparation for court appearance and trial
8  Court appearance and trial
9  MDL/Mgd Comm. and Liaison meetings and activities
10  Settlement
11  Settlement Administration

| ATTORNEY | CURRENT TOTAL HOURS | HOURLY RATE | CURRENT $ TOTAL | CUMUL HOURS | CUMUL $ RATE | PROOF |
|---|---|---|---|---|---|---|
| DIANNE NAST | 34.90 | $465.00 | $16,228.50 | 2,175.40 | $1,011,561.00 | 1,011,561.00 |
| JOSEPH RODA | 0.00 | $465.00 | $0.00 | 10.55 | $4,905.75 | 4,905.75 |
| STEPHANIE CARFLEY | 0.00 | $175.00 | $0.00 | 398.30 | $69,702.50 | 69,702.50 |
| JEANNE RENSBERGER | 0.00 | $210.00 | $0.00 | 218.70 | $45,507.00 | 45,507.00 |
| DANIEL BRANNEN | 0.00 | $240.00 | $0.00 | 12.35 | $2,964.00 | 2,964.00 |
| ANGELA PARKS | 0.00 | $795.00 | $0.00 | 2,100.40 | $619,618.00 | 619,618.00 |
| BRIAN LONG | 17.40 | $200.00 | $3,480.00 | 1,021.60 | $204,320.00 | 204,320.00 |
| DANIEL GALLUCCI | 0.60 | $215.00 | $129.00 | 823.30 | $178,088.00 | 178,088.00 |
| LAURENCE DELVECCHIO | 0.00 | $200.00 | $0.00 | 18.70 | $96,262.50 | 96,262.50 |
| MICHELLE E ADAM | 0.00 | $215.00 | $0.00 | 3.60 | $4,022.50 | 4,022.50 |
| GREER ANDERSON | 0.00 | $375.00 | $0.00 | 12.80 | $792.00 | 792.00 |
| ATTORNEY NAME | 0.00 | $375.00 | $0.00 | 0.00 | $2,432.00 | 2,432.00 |
| ATTORNEY NAME | 0.00 | $220.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 0.00 | $199.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| ATTORNEY NAME | 52.90 | | $19,837.50 | 6,791.60 | $2,145,052.75 | $2,145,052.75 |

| PARALEGAL | CURRENT TOTAL HOURS | HOURLY RATE | CURRENT $ TOTAL | CUMUL HOURS | CUMUL $ RATE | PROOF |
|---|---|---|---|---|---|---|
| KRISTINA MCVEY | 1.70 | $75.00 | $127.50 | 100.70 | $7,552.50 | 7,552.50 |
| CORA REAVER-SHELLY | 0.00 | $75.00 | $0.00 | 300.40 | $22,530.00 | 22,530.00 |
| JAMES MAKSEL | 117.40 | $75.00 | $8,805.00 | 1,734.74 | $130,105.50 | 130,105.50 |
| CHRISTINE LOWER | 0.00 | $75.00 | $0.00 | 31.20 | $2,340.00 | 2,340.00 |
| ALYCIA CAMPBELL | 0.00 | $75.00 | $0.00 | 150.50 | $8,772.50 | 8,772.50 |
| NICOLE MEYERS | 0.00 | $45.00 | $0.00 | 61.20 | $2,754.00 | 2,754.00 |
| HOLLIE HINKLE | 0.00 | $75.00 | $0.00 | 15.50 | $1,162.50 | 1,162.50 |
| MEREDITH RAPPAPORT | 0.30 | $75.00 | $22.50 | 158.90 | $11,787.50 | 11,787.50 |
| PARALEGAL NAME | 0.00 | $75.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| PARALEGAL NAME | 0.00 | $75.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| PARALEGAL NAME | 0.00 | $75.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| PARALEGAL NAME | 0.00 | $75.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| PARALEGAL NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| PARALEGAL NAME | 0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 |
| PARALEGAL NAME | 119.40 | | $8,955.00 | 2,551.14 | $184,884.50 | $184,884.50 |

| TOTALS | 172.30 | | $28,792.50 | 9,342.74 | $2,330,037.25 | $2,330,037.25 |

CT-0000191

# DIET DRUG PRODUCTS LIABILITY LITIGATION - MDL 1203
## COMMON BENEFIT TIME SUMMARY SHEET

REPORTING FIRM: CHIMICLES & TIKELLIS LLP

QUARTER PERIOD: 9/30/00

1 Preparing pleadings, motions, supporting briefs, legal research
2 Preparing and responding to written discovery requests
3 Taking & defending depositions, including preparation
4 Inspection of documents
5 Factual investigation
6 Technical research and consultations with experts
7 Preparation for court appearance and trial
8 Court appearance and trial
9 MDL/MJP Confin. and Liaison meetings and activities
10 Settlement
11 Settlement Administration

| ATTORNEY | CURRENT TOTAL HOURS | HOURLY RATE | QRTRLY LODESTAR | CUMUL HOURS | CUMUL LODESTAR | proof |
|---|---|---|---|---|---|---|
| CHIMICLES, N E | 0.00 | $490.00 | $0.00 | 15.00 | $7,350.00 | 7,350.00 |
| MALONE, J R | 0.00 | $425.00 | $0.00 | 7.25 | $3,081.25 | 3,081.25 |
| GOTTSCH, M D | 0.00 | $375.00 | $0.00 | 4.00 | $1,500.00 | 1,500.00 |
| SCHWARTZ, S A | 0.75 | $375.00 | $281.25 | 607.50 | $227,812.50 | 227,812.50 |
| KRINER, R J | 0.00 | $375.00 | $0.00 | 1.00 | $375.00 | 375.00 |
| LAVA, J R M | 0.00 | $330.00 | $0.00 | 781.75 | $257,977.50 | 257,977.50 |
| MARONE, R M | 0.00 | $230.00 | $0.00 | 220.00 | $50,600.00 | 50,600.00 |
| ZETTERBERG, P N | 0.00 | $230.00 | $0.00 | 2.50 | $575.00 | 575.00 |
| DONALDSON, K M | 0.00 | $210.00 | $0.00 | 114.75 | $24,097.50 | 24,097.50 |
| DUDDERAR, T R | 0.00 | $210.00 | $0.00 | 10.00 | $2,100.00 | 2,100.00 |
|  | 0.75 | 3,250.00 | $281.25 | 1,763.75 | $575,468.75 | 575,468.75 |
| PARALEGAL |  |  |  |  |  |  |
| WARD, D M | 0.00 | $90.00 | $0.00 | 3.00 | $270.00 | 270.00 |
| BECK, M W | 0.00 | $100.00 | $0.00 | 0.75 | $75.00 | 75.00 |
|  | 0.00 | 190.00 | $0.00 | 3.75 | $345.00 | 345.00 |
| TOTALS | 0.75 |  | $281.25 | 1,767.50 | $575,813.75 | 575,813.75 |

## IN THE UNITED STATES DITRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS McPARLAND and JAMES PICKING, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 1:CV 00-0549 (Yvette Kane, Judge) |
| Plaintiffs, | : : | |
| KEYSTONE HEALTH PLAN CENTRAL, INC., | : : | |
| Defendant. | : : | |

## DECLARATION OF
## ARNOLD LEVIN

1.     I, Arnold Levin, am a member of the firm of Levin Fishbein Sedran & Berman.  My firm concentrates its practice in the field of representing plaintiffs in class actions in federal and state courts.

2.     The rates that my firm charged for work in In re Diet Drugs Litig., MDL No. 1203 are my firm's normal hourly rates.   These rates have been approved by courts in contingent class action litigation.

3.     My firm charges the same normal hourly rates for all of its work, regardless of the locality in which the cases are filed and litigated, including the United States District Court for the Middle District of Pennsylvania, where my firm has litigated.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Arnold Levin

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHYLLIS McPARLAND and JAMES          :
PICKING, individually and on         :
behalf of all others                 :     CIVIL ACTION NO.
similarly situated,                  :     1:CV 00-0549
                                     :     (Yvette Kane, Judge)
                Plaintiffs,          :
           v.                        :
                                     :
KEYSTONE HEALTH PLAN                  :
CENTRAL, INC.,                        :
                Defendant.           :
                                     :

DECLARATION OF JOSEPH C. KOHN

1.    I am a shareholder and director of the firm of Kohn,
Swift & Graf, P.C.  My firm concentrates its practice in the
field of complex and commercial litigation and has, for over 30
years, represented plaintiffs in class actions in federal and
state courts.

2.    The rates that my firm charged for work in In re Diet
Drugs Litig., MDL No. 1203 are my firm's normal hourly rates.
These rates are charged to clients of the firm represented on an
hourly fee basis, and have been approved by courts in contingent
class action litigation.

3.    My firm charges the same hourly rates for all of its
work, regardless of the locality in which the cases are filed and
litigated, including the United States District Court for the
Middle District of Pennsylvania, where my firm has litigated.

   I declare under penalty of perjury that the foregoing is
true and correct.

Joseph C. Kohn

IN THE UNITED STATES DITRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHYLLIS McPARLAND and JAMES    :
PICKING, individually and on behalf of all  :    CIVIL ACTION NO.
others similarly situated,      :    1:CV 00-0549
            :    (Yvette Kane, Judge)
        Plaintiffs,    :
            :
KEYSTONE HEALTH PLAN      :
CENTRAL, INC.,          :
            :
        Defendant.    :
            :

## DECLARATION OF
## MICHAEL D. HAUSFELD

1.    I, Michael D. Hausfeld, am a member of the firm of Cohen Milstein Hausfeld & Toll, PLLC. My firm concentrates its practice in the field of representing plaintiffs in class actions in federal and state courts.

2.    The rates that my firm charged for work in In re Diet Drugs Litig., MDL No. 1203 are my firm's normal hourly rates. These rates are charged to clients of the firm represented on an hourly fee basis, and have been approved by courts in contingent class action litigation.

3.    My firm charges the same normal hourly rates for all of its work, regardless of the locality in which the cases are filed and litigated, including the United States District Court for the Middle District of Pennsylvania, where my firm has litigated.

I declare under penalty of perjury that the foregoing is true and correct.

Michael D. Hausfeld

### IN THE UNITED STATES DITRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS McPARLAND and JAMES PICKING, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 1:CV 00-0549 (Yvette Kane, Judge) |
| Plaintiffs, | : : | |
| KEYSTONE HEALTH PLAN CENTRAL, INC., | : : : | |
| Defendant. | : : | |

### DECLARATION OF
### BRET P. FLAHERTY

1.    I, Bret P. Flaherty, am a member of the firm of Berger & Montague, P.C.  My firm concentrates its practice in the field of representing plaintiffs in class actions in federal and state courts.

2.    The rates that my firm charged for work in In re Diet Drugs Litig., MDL No. 1203 are my firm's normal hourly rates.   These rates have been approved by courts in contingent class action litigation.

3.    These rates are our normal hourly rates, regardless of the locality in which the cases are filed and litigated, including the United States District Court for the Middle District of Pennsylvania, where my firm has litigated.

I declare under penalty of perjury that the foregoing is true and correct.

_Bret P. Flaherty_          2/28/02

Bret P. Flaherty

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS McPARLAND and JAMES PICKING, individually and on behalf of all Others similarly situated, | : : : : | CIVIL ACTION NO. 1:CV 00-054 9 (Yvette Kane, Judge) |
| Plaintiffs, | : : | |
| KEYSTONE HEALTH PLAN CENTRAL, INC., | : : : | |

## DECLARATION OF
## DIANNE M. NAST

1.    I, Dianne M. Nast, am a senior shareholder of the firm of Roda & Nast, P.C. This firm regularly represents plaintiffs in many class actions in federal courts throughout the United States.

2.    This firm charges the same hourly rates in all class action litigation, regardless of the locality in which the cases are filed or litigated.


_____
Dianne M. Nast

C

| | Attorney | Status | Grad Year | Rate | Attorney | Status | Grad Year | Rate | Attorney | Status | Grad Year | Rate | Attorney | Status | Grad Year | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * Chimicles & Tikellis LLP | Denise Schwartzman | Of Counsel | 1969 | $405 | Michael D. Gottsch | Partner | 1983 | $340 | Pamela Zetterberg | Associate | 1996 | $200 | Kimberly Donaldson | Associate | 1999 | $180 |
| Levin Fishbein Sedran & Berman | Arnold Levin | Member | 1964 | $520 | | | | | Austin Cohen | | 1996 | $265 | | | | |
| Kohn Swift and Graf | Joseph Kohn | Member | 1982 | $410 | | | | | Craig Hillwig | Associate | 1993 | $225 | | | | |
| Roda & Nast | Dianne Nast | Member | 1976 | $465 | Laurence Delvecchio | ? | 1981 | $375 | Michelle Eagan | Associate | 1996 | $220 | Greer Anderson | Associate | 2000 | $190 |
| Cohen Milstein Hausfeld & Toll | Michael Hausfeld | Member | 1969 | $495 | Joseph Sellers | Member | 1979 | $380 | A. Fryszman | Associate | 1996 | $205 | | | | |
| Berger and Montague | Russel Henkin | Member | 1972 | $450 | | | | | | | | | Shanon Carson | Associate | 2000 | $190 |

* The Rates of Chimicles & Tikellis LLP are not its current rates but are the rates the firm charged when remand motions were litigated. The rates of the other firms are current rates as of December 31, 2001. The current rates of the Chimicles & Tikellis lawyers are: Mrs. Schwartzman $415. Mr. Gottsch $375. Ms. Zetterberg $230, and Ms. Donaldson $210.

Case 1:00-cv-00549-TK    Document 37    Filed 08/01/2002    Page 21 of 23

CT - Expense Summary Report

## Selection Criteria

| Slip.Classification | Open; Closed |
| Timekeeper (hand s | Include: expense |
| Slip.Date | 3/28/00 - 9/29/00 |
| Case (hand select) | Include: SENIOR BLUE |

| Totals for | Total Amount |
| --- | --- |
| $FILING FEES | $75.00 |
| $LEXIS | $6,553.11 |
| $MESSENGER/COUR | $77.98 |
| $PHOTO-OUTSIDE | $68.88 |
| $POSTAGE | $76.34 |
| $TELEPHONE/TELE | $58.79 |
| Grand Total | $6,910.10 |

CT - Expense Detail Report

---

Selection Criteria

---

| | |
|---|---|
| Slip.Classification | Open; Closed |
| Timekeeper (hand | Include: expense |
| Slip.Date | 3/28/2000 - 9/29/2000 |
| Case (hand select | Include: SENIOR BLUE |

| Date | Activity | Description | Value |
|------|----------|-------------|-------|
| 4/25/2000 | $EXPRESS MAIL | | $13.11 |
| 5/1/2000 | $EXPRESS MAIL | | $10.00 |
| 5/2/2000 | $EXPRESS MAIL | | $10.21 |
| 5/19/2000 | $EXPRESS MAIL | | $10.21 |
| 5/24/2000 | $EXPRESS MAIL | | $10.21 |
| 6/16/2000 | $EXPRESS MAIL | | $14.03 |
| 8/18/2000 | $EXPRESS MAIL | | $10.21 |
| 4/28/2000 | $FILING FEES | | $75.00 |
| 3/31/2000 | $LEXIS | | $460.15 |
| 4/30/2000 | $LEXIS | | $2,268.87 |
| 4/30/2000 | $LEXIS | | $1,868.74 |
| 5/31/2000 | $LEXIS | | $641.91 |
| 5/31/2000 | $LEXIS | | $479.60 |
| 6/30/2000 | $LEXIS | | $437.57 |
| 6/30/2000 | $LEXIS | | $357.61 |
| 7/31/2000 | $LEXIS | | $38.66 |
| 4/6/2000 | $PHOTO-OUTSIDE | | $58.05 |
| 5/26/2000 | $PHOTO-OUTSIDE | | $10.83 |
| 4/25/2000 | $POSTAGE | | $4.36 |
| 5/2/2000 | $POSTAGE | | $1.10 |
| 5/12/2000 | $POSTAGE | | $67.80 |
| 5/19/2000 | $POSTAGE | | $1.54 |

2/20/2002
11:04 AM                              CT - Expense Detail Report                              Page      2

| Date | Activity | Description | | Value |
|------|----------|-------------|--|-------|
| 5/24/2000 | $POSTAGE | | | $1.54 |
| 4/1/2000 | $TELEPHONE/TELE | | | $2.22 |
| 4/28/2000 | $TELEPHONE/TELE | | | $31.74 |
| 5/1/2000 | $TELEPHONE/TELE | | | $3.94 |
| 6/1/2000 | $TELEPHONE/TELE | | | $4.14 |
| 6/27/2000 | $TELEPHONE/TELE | | | $8.79 |
| 7/1/2000 | $TELEPHONE/TELE | | | $4.09 |
| 9/1/2000 | $TELEPHONE/TELE | | | $3.87 |

| Grand Total | | | | $6,910.10 |